UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHERRY BRAND, | ) | Case No.: 1:13-CV-01399-AWI-MJS |
|     Plaintiff, | ) | |
| v. | ) | **ORDER ON NOTICE OF SETTLEMENT** |
| TURLOCK PETROLEUM INC., a California Corporation; and Does 1-10, | ) | |
|     Defendants. | ) | |

Having read the parties' notice and stipulation, the Court will vacate all currently set dates and deadlines.  The parties request 45 to file a stipulation of dismissal.  However, the Local Rules provide that, once a notice of settlement has been filed, the parties have 21 days to file dismissal papers.  See Local Rule 160(b).  Upon a showing of good cause, the Court will extend the date to file dismissal papers.  See id.

Here, there is no explanation of why 45 days, instead of the standard 21 days, is needed.  As such, the Court will follow the Local Rules and order that the dismissal papers be filed within 21 days of this order.  If it becomes apparent that the parties cannot meet the 21 day deadline, they shall file a stipulation for an extension of time that explains why additional time is needed.

Accordingly, IT IS HEREBY ORDERED that:

1.   All dates and deadlines previously set are VACATED in light of the notice of settlement;

2.   The parties are to file dismissal papers within 21 days of service of this order; and

3.   If it becomes apparent that more than 21 days are needed to file the dismissal papers, the parties are to file a stipulation for additional time that explains why additional time is necessary

IT IS SO ORDERED.

Dated:   December 11, 2013

_____

SENIOR  DISTRICT  JUDGE