UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherry Brand,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Turlock Petroleum Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 1:13-CV-01399-AWI-MJS<br><br>**ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## **ORDER**

Having read the Stipulation of the parties filed on February 6, 2014, and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

Dated:　October 10, 2014　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1